# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY OLIVER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-120 |
| | ) | |
| COUNTY OF EFFINGHAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Plaintiff Anthony Oliver and defendants Richard Rafter and Vernon Keenan have requested to stay proceedings in this case. *See* doc. 17 (Oliver's Motion to Stay); doc. 29 (Rafter's Motion to Stay); doc. 45 (Kennan's Motion to Stay). The resolution of these motions was complicated by several "motions" to dismiss various claims and defendants filed by Oliver. *See* doc. 16; doc. 38; doc. 47; doc. 50 (Motion to Withdraw doc. 47). What is clear from the flurry of motions is that a stay of this case is warranted. Accordingly, the various stay requests are **GRANTED**. Doc. 17; doc. 29; doc. 45. All discovery deadlines in this case are **STAYED** until 14 days after the Court renders a decision on those dispositive motions. Deadlines for responsive briefing of issues

related to the motions to dismiss remain in place; the parties should timely submit any further briefing on those motions.

Also pending before the Court is Oliver's request for an extension of the deadline to respond to defendant Rafter's Motion to Dismiss. Doc. 21. Defendant Rafter responded to deny allegations Oliver made in bringing that motion. Doc. 31. He did not, however, object to the underlying extension. *See id*. at 1. Oliver replied, indicating that he intended to file further motions. *See* doc. 33 at 2. Rafter and Oliver, jointly, filed a Motion to Dismiss Rafter from the case. *See* doc. 47. Oliver then filed a motion to "withdraw" his stipulation because of "newly discovered evidence." Doc. 50. Defendant Rafter opposes that motion. Doc. 51. As the Court expects further briefing on the status of the claim against Rafter, the original extension request is **DENIED** as moot. Doc. 21.

**SO ORDERED,** this 21st day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA