IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,

    Plaintiff,

v.

EFFINGHAM COUNTY; JIMMY MCDUFFIE; DANIEL HANDSHUMAKER; CHRISTOPHER CARY; and MATTHEW LOGAN,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-120

## **O R D E R**

After the Magistrate Judge recommended imposing conditions on Plaintiff Anthony Oliver's prosecution of this case, (doc. 58), Oliver moved to voluntarily dismiss the action. (Doc. 59). That request is unopposed. *See* S.D. Ga. L. Civ. R. 7.5 (failure to timely respond to a motion indicates no opposition). It is, therefore, **GRANTED**. (Doc. 59). The dismissal renders the recommended conditions, and all other pending motions, moot. This action is **DISMISSED without prejudice** and the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA